**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| VERISIGN, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:14-cv-00624 LMB-JFA |
| | ) |
| TUCOWS.COM COMPANY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT TUCOWS.COM COMPANY'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Tucows.com Company, by counsel, files this Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and the Rules of this Court. The reasons supporting this Motion are set forth in the contemporaneously filed Memorandum in Support of Motion to Dismiss Plaintiff's Complaint (filed under seal).

Dated: July 8, 2014         Respectfully submitted,

                            TUCOWS.COM COMPANY

                            /s/ Sean Patrick Roche
                            Sean Patrick Roche, Esq. VSB No. 71412
                            CAMERON McEVOY, PLLC
                            11325 Random Hills Road, Suite 200
                            Fairfax, Virginia 22030
                            (703) 273-8898 (Telephone)
                            (703) 273-8897 (Facsimile)
                            sroche@cameronmcevoy.com
                            *Counsel for Tucows.com Company*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 8th day of July, 2014, I filed the foregoing using the CM/ECF system which will send a notice of electronic filing through the Court's electronic filing systems to:

Timothy B. Hyland, Esq.
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, Virginia  20190
(703) 956-3566
(703) 935-0349
thyland@hylandpllc.com
*Counsel for Plaintiff*

          /s/ Sean Patrick Roche
          Sean Patrick Roche