**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| VERISIGN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:14cv624  LMB / JFA |
| | ) | |
| TUCOWS.COM CO., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through undersigned counsel, hereby stipulate to a voluntary dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

SO ORDERED this _____ day of _____, 2014, at Alexandria, Virginia.

_____
Leonie M. Brinkema
United States District Judge

Dated:  November 25, 2014

                Respectfully submitted,


              /s/  *Timothy B. Hyland*
             Timothy B. Hyland
             Virginia Bar No. 31163
             Counsel for VeriSign, Inc.
             HYLAND LAW PLLC
             1818 Library Street, Suite 500
             Reston, VA  20190
             Tel.:   (703) 956-3566
             Fax:    (703) 935-0349
             Email:  thyland@hylandpllc.com


              /s/ *Sean Patrick Roche*
             Sean Patrick Roche
             Virginia Bar No. 71412
             Counsel for Tucows.com Co.
             CAMERON/MCEVOY, PLLC
             11325 Random Hills Road, Suite 200
             Fairfax, Virginia  22030
             Tel.:   (703) 273-8898
             Fax:    (703) 273-8897
             Email:  sroche@cameronmcevoy.com